# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-00562-001-TUC-FRZ (BPV) |
| Plaintiff, | **ORDER** |
| v. | |
| Rosario Cardenas-Rayos, | |
| Defendant. | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Suppress Statements **[Doc 19].**

On June 7, 2016, Magistrate Judge Velasco conducted a hearing and on June 21, 2016 issued his Report and Recommendation **[Doc 33].** A copy was sent to all parties.

The District Court has reviewed the Report and Recommendation of the Magistrate Judge **[Doc 33],** and no objections have been filed as of July 1, 2016 deadline.

Accordingly, **IT IS ORDERED** as follows:

**DENYING** – Defendant's Motion to Suppress Statements **[Doc 19]** insofar as it relates to the first two questions asked of Defendant Rosario Cardenas-Rayos, but **GRANTING** it as to his deportation.

**IT IS FURTHER ORDERED** that the Government's declaration that the on-scene administrative statements **would not be used** in the Government's case-in-chief.

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge is accepted and adopted.

Dated this 7th day of July, 2016.

_____
Frank R. Zapata
Senior United States District Judge